696

Geo. E. Trawick, of Birmingham, for appellant.

Chas. H. Brown, of Birmingham, for appellee.

HARWOOD, Judge.

Affirmed.

51 So.2d 915

### Robert MAXLEY v. STATE.
### 8 Div. 964.

Court of Appeals of Alabama.
March 6, 1951.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

PER CURIAM.

Appeal dismissed.

48 So.2d 892

### Gus MERCER v. STATE.
### 4 Div. 153.

Court of Appeals of Alabama.
Nov. 21, 1950.

Appeal from Circuit Court, Russell County; Julius B. Hicks, Judge.

Buying, etc., stolen property.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

46 So.2d 864

### J. C. MIMS v. STATE.
### 5 Div. 320.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Possessing still.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

46 So.2d 864

### Norris MIMS v. STATE.
### 5 Div. 296.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So.2d 919

### James Dewey MINOR v. STATE.
### 5 Div. 304.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

51 So.2d 915

### William Henry MINOR v. STATE.
### 6 Div. 107.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa. County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.